

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ARACELI NAVA A/K/A ARACELI MARRUFO-NAVA, | § | No. 08-14-00226-CR |
| | § | Appeal from the |
| Appellant, | § | 346th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20140D01257) |
| State. | § | |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **July 26, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before July 26, 2015.

IT IS SO ORDERED this 12th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.